| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R8 / ZZ5 24355455 | 01/ | 8463690 | 1 of 1 |

C&M Defense Group
3961 Floyd Rd
Suite 300198
Austell, GA 30106

**Earnings Statement**

ADP

Period Starting: 09/12/2021
Period Ending: 09/25/2021
Pay Date: 10/01/2021

Taxable Marital Status:
Exemptions/Allowances:      Tax Override:
  Federal:   0                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Katie M Lambeth
1200 Labonte Parkway
Mcdonough, GA 30253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| 1099 Compensation | 18.0000 | 48.00 | 864.00 | 1152.00 |
| Gross Pay | | | $864.00 | $0.00 |

| Net Pay | | | $864.00 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.00 | 64.00 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0552 | XXXXXXXXX | 864.00 |

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

OCT 18 2021

By: _____
Deputy Clerk

C&M Defense Group
3961 Floyd Rd
Suite 300198
Austell, GA 30106

Pay Date:   10/01/2021

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0552 | XXXXXXXXX | 864.00 |

Katie M Lambeth
1200 Labonte Parkway
Mcdonough, GA 30253

